**Jimmie JOHNSON, Defendant/Appellant,**

v.

**STATE of Missouri, Plaintiff/Respondent.**

No. 67581.

Missouri Court of Appeals,
Eastern District,
Division One.

Sept. 19, 1995.

Deborah B. Wafer, Public Defender, St. Louis, for appellant.

Jeremiah W. (Jay) Nixon, Attorney General, Mary Moulton Bryan, Assistant Attorney General, Jefferson City, for respondent.

Before REINHARD, P.J., and KAROHL and WHITE, JJ.

### ORDER

PER CURIAM.

Movant appeals the denial, without an evidentiary hearing, of his Rule 24.035 motion for post-conviction relief. We affirm. The findings and conclusions of the motion court are not clearly erroneous, and an extended opinion would have no precedential value. The parties have been furnished with a memorandum for their information only, setting forth the reasons for this order affirming the judgment pursuant to Rule 84.16(b).